**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, BRAD KUSKIN**

|  |  |  |
|---|---|---|
| RE: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| BRAD KUSKIN | : | CHAPTER 7 CASE NO.: 10-43526 RTL |
| Debtor | : | **CERTIFICATION BY COUNSEL IN OPPOSITION TO MOTION FOR SANCTIONS** |

I, Lee M. Perlman, attorney for the debtor(s) Brad Kuskin, being of full age, certify the following:

1. I am the attorney in the above-referenced Chapter 7 Bankruptcy.

2. I am making this Certification in opposition to the Motion for Sanctions Against Debtor filed by Jonathan S. Bodner on behalf of Evan Halpern and David Ratner.

3. Most of the documents are being gathered by the debtor through counsel. I anticipate that the movant will receive same prior to the return date of the Motion.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I understand that if any of the statements made by me are willfully false, I am subject to punishment.

March 17, 2011                                   /s/Lee M. Perlman
DATE                                             LEE M. PERLMAN, ESQUIRE
                                                 Attorney for debtor(s)